```
 1 │ ERSKINE & TULLEY
   │ A PROFESSIONAL CORPORATION
 2 │ MICHAEL J. CARROLL - STATE BAR #50246
   │ 220 Montgomery Street, Suite 303
 3 │ San Francisco, CA  94104
   │ Telephone:  (415) 392-5431
 4 │
   │ Attorneys for Plaintiffs
 5 │
 6 │
 7 │
 8 │            UNITED STATES DISTRICT COURT
 9 │            NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ BOARD OF TRUSTEES OF THE NORTHERN  )   No. C 07 3356 MEJ
   │ CALIFORNIA FLOOR COVERING, et al., )
12 │                                    )
   │                Plaintiffs,         )
13 │                                    )
   │        vs.                         )   PROOF OF SERVICE
14 │                                    )
   │ PATRICK NEIL THOMPSON, also known  )
15 │ as PATRICK THOMPSON, individually  )
   │ and doing business as NEW BEGINNING)
16 │ FLOORS                             )
   │                                    )
17 │                Defendant.          )
   │ _____)
18 │
```

MICHAEL J. CARROLL (STATE BAR #50246)
ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO CA 94104
415-392-5431

# UNITED STATES DISTRICT COURT
# UNITED STATES DISTRICT COURT OF CALIFORNIA

| BOARD OF TRUSTEES | CASE NUMBER: |
|---|---|
| Plaintiff(s): | C 07 3356 MEJ |
| v. | **PROOF OF SERVICE** |
| PATRICK NEIL THOMPSON, ALSO KNOWN AS PATRICK | **SUMMONS AND COMPLAINT** |
| Defendant(s): | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complain

   ☒ other *(specify)*: SEE ATTACHMENT TO PROOF OF SERVICE

2. **Person served:**
   a. ☒ Defendant *(name)*: PATRICK NEIL THOMPSON, ALSO KNOWN AS PATRICK THOMPSON, INDIVIDUALLY AND DOING BUSINESS AS NEW BEGINNING FLOORS
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
   TERRI MAJORS, CO-OCCUPANT
   c. ☒ Address where papers were served:
   655 WILDROSE WAY, BRENTWOOD CA 94513

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **Papers were served on** *(date)*: 7/16/2007 at *(time)*: 8:34 PM

      4. ☒ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c). DECLARATION OF MAILING IS ATTACHED.

      5. ☐ **papers were mailed** on (date):: _____

      6. ☒ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

PP#: 28557

CV-1 (04/01) | **PROOF OF SERVICE -SUMMONS AND COMPLAINT** | PAGE 1
TRUSTEES v PATRICK NEIL THOMPSON

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*:_____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   JIM STACK PROCESS SERVERS
   P.O. BOX 716
   MILLBRAE, CA 94030
   650-589-6663   #21 SAN MATEO CO.

   a. Fee for service: $ 150.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
   CONTRA COSTA CO #583

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7-20-07

PP#: 23489

_____ *(Signature)*

CV-1 (04/01)   **PROOF OF SERVICE – SUMMONS AND COMPLAINT**   PAGE 2
BOARD OF TRUSTEES -V- THOMPSON

# DECLARATION OF DUE DILIGENCE

**COURT:** UNITED STATES NORTHERN UNITED STATES DISTRICT COURT
**CASE NO:** C 07 3356 MEJ
**TITLE:** BOARD OF TRUSTEES v PATRICK NEIL THOMPSON

ON (Date) __7/11/2007__ I received the papers specified on the attached proof of service.
After careful INQUIRY and DUE DILIGENCE, I have been unable to effect personal service thereof, within the meaning of CCP 415.10 on

NAME: PATRICK NEIL THOMPSON, ALSO KNOWN AS PATRICK THOMPSON, INDIVIDUALLY AND DOING BUSINESS AS NEW BEGINNING FLOORS

In lieu of personal delivery, a copy of the specified papers were

SERVED AT:  __X__ RESIDENCE   ____ BUSINESS   ____ PLACE OF MAILING (no known res.)
            ____ NO KNOWN RESIDENCE   __X__ NO KNOWN BUSINESS

ADDRESS: 655 WILDROSE WAY, BRENTWOOD CA 94513

## ATTEMPTS

| # | LOC./DATE | TIME | RESPONSE |
|---|---|---|---|
| 1. | RES 7/12/07 | 3:45 PM | NO ANSWER |
| 2. | RES 7/14/07 | 11:25 AM | NO ANSWER |
| 3. | RES 7/15/07 | 5:10 PM | NO ANSWER |
| 4. | RES 7/16/07 | 10:40 AM | NO ANSWER |

ON __7/16/2007__ AT __8:34 PM__ I left the papers specified on the attached proof of service with TERRI MAJORS, CO-OCCUPANT

and ____ the person in charge of Business over the age of 18.
     __X__ a competent member of the household over the age of 18 at the Home.

At the time of above attempts and later substituted service, I was over the age of 18 years and not a party to this action. I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: __7/17/2007__

JIM STACK PROCESS SERVERS
P.O. BOX 716
MILLBRAE, CA 94030
28557 800-563-6663

Signature

SUSAN L. CORN

Name & Reg. No CONTRA COSTA
#578 26/2008

---

DECLARATION OF DUE DILIGENCE            BOARD OF TRUSTEES v PATRICK NEIL THOMPSON

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): MICHAEL J. CARROLL, ESQ #50246 ERSKINE & TULLEY, A PROFESSIONAL CORPORATION 220 MONTGOMERY ST., STE 303 SAN FRANCISCO CA 94104 | TELEPHONE NO.: 415-392-5431 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | Ref. No. or File No.: THOMPSON | |

Insert name of court and name of judicial district and branch court if any:

NORTHERN UNITED STATES DISTRICT COURT

PLAINTIFF: BOARD OF TRUSTEES -V- THOMPSON
DEFENDANT:

| PROOF OF SERVICE BY MAIL | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: C 07 3356 MEJ |
|---|---|---|---|---|

I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occured. My residence or business address is: ____SEE BELOW____

I served a copy of the following documents:
SEE ATTACHMENT TO PROOF OF SERVICE

X
X
X

by placing a true copy of each document in the United States mail, in a sealed envelope with postage prepaid as follows:

Date of deposit: 7/19/2007

Place of deposit: SAN BRUNO, CA 94066

Addressed as follows:

PATRICK NEIL THOMPSON, ALSO KNOWN AS PATRICK THOMPSON, INDIVIDUALLY AND DOING BUSINESS AS NEW BEGINNING FLOORS
655 WILDROSE WAY, BRENTWOOD CA 94513

[ ] Exempt from registration under B&P 22350(b).
[X] Registered California process server.
[ ] Employee or independent contractor

Registration No: San Mateo Co #322

I, the undersigned, declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 7/20/2007   Signature: _____
TIFFANY JENSEN
(Typed or printed name of declarant)

JIM STACK PROCESS SERVERS
P.O. BOX 716
MILLBRAE, CA 94030
650-589-6663  #21 SAN MATEO CO.

23489

1296.40 (Rev. January 1, 1985)                PROOF OF SERVICE BY MAIL

ATTACHMENT

Re:  Board of Trustees of the Northern California Floor, et al.
vs. Patrick Neil Thompson, et al.
United States District Court, Action No. C 07 3356 MEJ

DOCUMENTS TO BE SERVED:

1. SUMMONS
2. COMPLAINT
3. U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT
4. WELCOME TO THE U.S. DISTRICT COURT
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES
6. CASE MANAGEMENT STANDING ORDERS MAGISTRATE JUDGE MARIA-ELENA JAMES
7. STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES
8. JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER
9. NOTICE OF TRAIL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM
10. CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT
11. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA/ CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
12. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRAIL
13. CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE
14. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15. SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
16. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA