ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al.** ) ) ) ) **Plaintiffs,** ) vs. ) ) **PATRICK NEIL THOMPSON, also known as PATRICK THOMPSON, individually and doing business as NEW BEGINNING FLOORS** ) ) ) ) **Defendant.** ) ) | NO. C 07 3356 MEJ<br><br>**PROPOSED NOTICE OF ENTRY OF DEFAULT** |

      IT IS HEREBY NOTICED that the default of defendant, PATRICK NEIL THOMPSON, also known as PATRICK THOMPSON, individually and doing business as NEW BEGINNING FLOORS, has been entered by the Clerk of the Court on _____.

Date:_____                               Richard W. Wieking, Clerk


                                                      By: _____
                                                               Deputy Clerk