**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 28, 2007

RE:  CV 07-03356 MEJ    BOARD OF TRUSTEES NORTHERN CA-v- PATRICK NEIL THOMPSON

Default is entered as to Patrick Neil Thompson aka Patrick Thompson dba New Beginning Floors on 8/28/07.

RICHARD W. WIEKING, Clerk

by Gloria Acevedo
Case Systems Administrator
To The Honorable Maria-Elena James

NDC TR-4  Rev. 3/89