IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND, et al., | No. C 07-3356 MEJ |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PATRICK NEIL THOMPSON, | |
| Defendant(s). | |

On August 28, 2007, the Clerk of Court entered default against Defendant Patrick Neil Thompson. Accordingly, the Court VACATES the October 4, 2007 Case Management Conference scheduled in this matter.

**IT IS SO ORDERED.**

Dated: September 27, 2007

MARIA-ELENA JAMES
United States Magistrate Judge