1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9
   BOARD OF TRUSTEES OF THE NORTHERN  )    NO.  C 07 3356 MEJ
10 CALIFORNIA FLOOR COVERING INDUSTRY )
   WELFARE FUND, STEVE HAVENS,        )    EX PARTE APPLICATION FOR
11 TRUSTEES,                          )    ORDER TO CONTINUE CASE
                                      )    MANAGEMENT CONFERENCE
12                   Plaintiff,       )
                                      )
13             vs.                    )
                                      )
14 PATRICK NEIL THOMPSON, also known as)
   PATRICK THOMPSON, individually and )
15 doing business as NEW BEGINNING    )
   FLOORS,                            )
16                   Defendant.       )
   _____)
17

18         Plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA

19 FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby

20 applies ex parte for an order to continue the Case Management

21 Conference from October 4, 2007 to December 13, 2007.

22     This ex parte application is based upon the Declaration of

23 Attorney Michael J. Carroll filed herewith.

24         Dated:   September 27, 2007

25                                Respectfully submitted,

26                                ERSKINE & TULLEY

27                                By:/s/ Michael J. Carroll
                                      Michael J. Carroll
28                                    Attorneys for Plaintiff


   EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE     1