```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE,<br><br>            Plaintiff,<br><br>    vs.<br><br>PATRICK NEIL THOMPSON, also known as PATRICK THOMPSON, individually and doing business as NEW BEGINNING FLOORS,<br><br>            Defendant. | NO.  C 07 3356 MEJ<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.  Service was accomplished upon the only party in this

1 case on July 16, 2007.  No responsive pleading was filed.  Default was
2 taken August 28, 2007.
3     3.    Discussions are in progress with the attorney for Mr.
4 Thompson regarding the proper amounts due if any.
5     4.    If this matter does not settle, plaintiff will make
6 demand that defendant file an answer in this case.
7     5.    It is requested that the Court continue the Case
8 Management Conference some sixty days hence.
9     6.    Good cause exists to grant plaintiff's request for a
10 continuance of the Case Management Conference currently set for
11 October 4, 2007 to December 13, 2007 to allow the parties time to do
12 informal discovery and avoid any unnecessary burden to the Court.
13     I declare under penalty of perjury that the foregoing is
14 true and correct to the best of my knowledge.
15     Executed on September 27, 2007 at San Francisco, California.

            /s/Michael J. Carroll
            Michael J. Carroll

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            2

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104.  On September 27, 2007, I served the DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

James V. McGrail
Law Offices of James V. McGrail
1919 3rd. Street.
Livermore, CA 94550

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2007 at San Francisco, California.

/s/Sharon Eastman
Sharon Eastman