```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE NORTHERN   )   NO.  C 07 3356 MEJ
    CALIFORNIA FLOOR COVERING INDUSTRY  )
12  WELFARE FUND; STEVE HAVENS, TRUSTEE,)   ORDER TO CONTINUE CASE
                                        )   MANAGEMENT CONFERENCE
13                                      )
                    Plaintiffs,         )
14                                      )
            vs.                         )
15                                      )
    PATRICK NEIL THOMPSON, also known as)
16  PATRICK THOMPSON, individually and  )
    doing business as NEW BEGINNING     )
17  FLOORS,                             )
                                        )
18                  Defendant.          )
    _____)
19
            IT IS ORDERED that the Case Management Conference in this
20
    case set for October 4, 2007 be continued to December 13, 2007 at ~~1:30~~ 10:00
21  a.m.
    ~~p.m.~~ in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San
22
    Francisco, CA.
23
    Dated: October 3, 2007          _____
24                                  Honorable Maria-Elena James
25
26
27
28


    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
```