ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., <br>           plaintiffs, <br> vs. <br> PATRICK NEIL THOMPSON, also known as PATRICK THOMPSON, individually and doing business as NEW BEGINNING FLOORS, <br>           Defendants. | NO. C 07 3356 MEJ <br><br> PLAINTIFFS CASE MANAGEMENT STATEMENT <br><br> CASE MANAGEMENT CONFERENCE <br> DATE: 12/13/07 <br> TIME: 10:00 a.m. |

Plaintiffs in the above-entitled action submit this Case Management Statement reporting on the status of this case as follows:

## DESCRIPTION OF THE CASE

The complaint was filed June 26, 2007. Sub-Service on the defendant took place on July 16, 2007. A subpoena to produce records was served on the defendant September 23, 2007.

Settlement discussions have resulted in substantial payments by the defendant. Plaintiffs prepared and mailed a Stipulation for Judgment to Defendant. If the Stipulation is not, signed Plaintiff will file for a motion for default judgment.

PLAINTIFFS CASE MANAGEMENT STATEMENT					1

1  Plaintiffs request that the Court continue the Case
2  Management Conference some sixty days by which time the Motion will
3  be filed with the Court.
4                                      Respectfully submitted.
5  DATED: December 6, 2007
6                                      ERSKINE & TULLEY
                                       A PROFESSIONAL CORPORATION
7
                                       By:/s/Michael J. Carroll
8                                          Michael J. Carroll
                                           Attorneys for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS CASE MANAGEMENT STATEMENT                              2

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, CA 94104. On December 6, 2007 I served the within PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Patrick Thompson
New Beginning Floors
1040 Amanda Circle
Brentwood, CA 94513

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2007 at San Francisco, CA.

/s/Sharon Eastman
Sharon Eastman