ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al. | ) ) ) | NO. C 07 3356 MEJ |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| PATRICK NEIL THOMPSON, also known as PATRICK THOMPSON, individually and doing business as NEW BEGINNING FLOORS, | ) ) ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that the Case Management Conference in this case originally set for December 13, 2007 continued to February 14, 2007 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____          _____
                                   Honorable Maria-Elena James