```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.<br><br>              Plaintiff,<br><br>   vs.<br><br>PATRICK NEIL THOMPSON, also known as PATRICK THOMPSON, individually and doing business as NEW BEGINNING FLOORS,<br><br>              Defendant. | NO. C 07 3356 MEJ<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for December 13, 2007 continued to February 14, 2007 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: December 10, 2007

_____
Honorable Maria-Elena James

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                      1