```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>PATRICK NEIL THOMPSON, et al.<br><br>            Defendant. | NO.  C 07 3356 MEJ<br><br>EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

     Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, TRUSTEE, hereby apply <u>ex parte</u> for an order to continue the Case Management Conference from February 14, 2008 to May 15, 2008.

     This <u>ex parte</u> application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

     Dated: February 11, 2008

                                   Respectfully submitted,

                                   ERSKINE & TULLEY

                                   By:<u>/s/ Michael J. Carroll</u>
                                       Michael J. Carroll
                                       Attorneys for Plaintiffs

<u>EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE</u>