```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al. ) ) ) Plaintiffs, ) ) vs. ) ) PATRICK NEIL THOMPSON, et al. ) ) ) Defendant. ) _____ ) | NO.  C 07 3356 MEJ<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.  Sub-Service was accomplished upon the only party in this case on July 16, 2007  No responsive pleading was filed.

3.  On August 28, 2007 the default of defendant was entered

1 | by the Court.

2 |     4. The parties were engaged in settlement discussions which
3 | were not completely successful. We are now informed the company has
4 | closed and we cannot contact the owner.

5 |     5. Plaintiffs will file a motion for default judgment as
6 | soon as all documents have been obtained.

7 |     6. It is requested that the Court continue the Case
8 | Management Conference to May 15, 2008 to allow plaintiffs time to file
9 | the motion.

10 |     7. Good cause exists to grant plaintiffs' request for a
11 | continuance of the Case Management Conference currently set for
12 | February 14, 2008 to May 15, 2008 because of the impossibility
13 | plaintiffs to file a motion for default judgment at this time and to
14 | avoid any unnecessary burden to the Court.

15 |     I declare under penalty of perjury that the foregoing is
16 | true and correct to the best of my knowledge.

17 |     Executed on February 11, 2008 at San Francisco, California.

          /s/ Michael J. Carroll
            Michael J. Carroll