```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al. et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>PATRICK NEIL THOMPSON, et al.<br><br>　　　　　Defendant. | NO.  C 07 3356 MEJ<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case set for February 14, 2008 be continued to May 15, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:_____          _____
　　　　　　　　　　　　　　　　　　Honorable Marie-Elena James

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>