1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARD OF TRUSTEES OF THE NORTHERN   )      NO.  C 07 3356 MEJ
    CALIFORNIA FLOOR COVERING, et al.   )
12  et al.,                             )      ORDER TO CONTINUE CASE
                                        )      MANAGEMENT CONFERENCE
13                    Plaintiffs,       )
                                        )
14           vs.                        )
                                        )
15  PATRICK NEIL THOMPSON, et al.       )
                                        )
16                    Defendant.        )
    _____ )
17
                IT IS ORDERED that the Case Management Conference in this
18
    case set for February 14, 2008 be continued to May 15, 2008 at 10:00
19
    a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San
20
    Francisco, CA 94102.
21
    Dated: February 12, 2008
                _____      _____
22                                      Honorable Maria Elena James

23

24

25

26

27

28


    ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE