ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICK NEIL THOMPSON, et al. <br><br> Defendant. | NO.  C 07 3356 MEJ <br><br> EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, TRUSTEE, hereby apply ex parte for an order to continue the Case Management Conference from May 15, 2008 to July 24, 2008.

This ex parte application is based upon the Declaration of Attorney Michael J. Carroll filed herewith.

Dated: May 12, 2008

                               Respectfully submitted,

                               ERSKINE & TULLEY

                               By:/s/ Michael J. Carroll
                                      Michael J. Carroll
                                      Attorneys for Plaintiffs

EX PARTE APPLCTN FOR ORDER TO CONTINUE CASE MGMT CONFERENCE