```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING, et al.<br><br>             Plaintiffs,<br><br>     vs.<br><br>PATRICK NEIL THOMPSON, et al.<br><br>             Defendant. | NO.  C 07 3356 MEJ<br><br>DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

I, MICHAEL J. CARROLL, certify:

1.  I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiffs, BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, in this action.  I am duly admitted to practice law in the United States District Court, Northern District of California.  If called as a witness, I could and would competently testify as follows:

2.  Sub-Service was accomplished upon the only party in this case on July 16, 2007  No responsive pleading was filed.

3.  On August 28, 2007 the default of defendant was entered

by the Court.

4. The parties agreed to a settlement, but it's terms have not been carried out.

5. Plaintiffs need time to prepare and file a motion for default judgment.

6. It is requested that the Court continue the Case Management Conference to July 24, 2008 to allow plaintiffs time to file the motion.

7. Good cause exists to grant plaintiffs' request for a continuance of the Case Management Conference currently set for May 15, 2008 to July 24, 2008 because of the impossibility plaintiffs to file a motion for default judgment at this time and to avoid any unnecessary burden to the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 12, 2008 at San Francisco, California.

                                            /s/ Michael J. Carroll
                                              Michael J. Carroll