1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE NORTHERN    )    NO.  C 07 3356 MEJ
   CALIFORNIA FLOOR COVERING, et al.    )
12 et al.,                              )    ORDER TO CONTINUE CASE
                                        )    MANAGEMENT CONFERENCE
13                  Plaintiffs,         )
                                        )
14        vs.                           )
                                        )
15 PATRICK NEIL THOMPSON, et al.        )
                                        )
16             Defendant.               )
   _____)
17
           IT IS ORDERED that the Case Management Conference in this
18
   case set for May 15, 2008 be continued to July 24, 2008 at 10:00 a.m.
19
   in Courtroom B, 15ᵗʰ Floor, 450 Golden Gate Avenue, San Francisco, CA
20
   94102.
21
   Dated: May 12, 2008
22                           _____
                                   Honorable Marie Elena James
23

24

25

26

27

28


   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE