1  MURIEL KAPLAN (St. Bar #124607)
   SALTZMAN & JOHNSON
2  44 Montgomery Street, Suite 2110
   San Francisco, CA  94104
3  Tel: (415) 882-7900
   Fax: (415) 882-9287
4  Email mkaplan@sjlawcorp.com

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR, et al., | NO. C 07 3356 MEJ |
| Plaintiffs, vs. | SUBSTITUTION OF ATTORNEY |
| Patrick Neil Thompson, et al | |
| Defendant. | |

   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING INDUSTRY WELFARE FUND; STEVE HAVENS, TRUSTEE, hereby makes the following substitution of attorneys:

Former Attorneys:
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104

SUBSTITUTION OF ATTORNEY
1

1  should be removed and, consequently, should no longer receive notice
2  of e-Filings.
3  Plaintiffs' new co-counsel of record will be:
4  MURIEL KAPLAN, (St. Bar #124607)
   SALTZMAN & JOHNSON
5  44 Montgomery Street, Suite 2110
   San Francisco, CA  94104
6  Tel: (415) 882-7900
   Fax: (415) 882-9287
7  Email mkaplan@sjlawcorp.com
8  The following attorneys consent to this substitution:
9  Dated: MAY 2 3 2008        ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION
10
11                            _____
                              MICHAEL J. CARROLL
12
                              Former Attorneys for Plaintiffs
13                            Board of Trustees, et al.
14 Dated: 6/9/08              SALTZMAN & JOHNSON
15                            _____
16                            MURIEL KAPLAN
17                            New Attorneys for Plaintiffs
                              Board of Trustees, et al.
18
19                            Board of Trustees,
                              Northern California Floor Covering
20                            Industry Welfare Fund
21  6/9/08                    _____
                              Steve Havens, Trustee
22
23
24
25
26
27
28

PROOF OF SERVICE
Case No.: C07-3356 MEJ

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 12, 2008, I served the following document(s):

**SUBSTITUTION OF ATTORNEY**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Patrick Neil Thompson, aka Patrick Thompson,
> individually and dba New Beginning Floors
> 655 Wildrose Way
> Brentwood, California 94513**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 12th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega