1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery St., Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs,
7  NORTHERN CALIFORNIA FLOOR
   COVERING INDUSTY WELFARE FUND,
8  et al..

9

10             UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  BOARD OF TRUSTEES OF THE           Case No.: C07-3356 MEJ
    NORTHERN CALIFORNIA FLOOR
13  COVERING WELFARE FUND, et al.,     **NOTICE OF VOLUNTARY DISMISSAL**

14      Plaintiffs,                    ORDER CLOSING FILE

15  v.

16  PATRICK NEIL THOMPSON aka PATRICK
    THOMPSON individually and dba NEW
17  BEGINNING FLOORS,

18      Defendant.

19

20      PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs BOARD OF

21  TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND,

22  voluntarily dismiss, without prejudice, their claim against defendant PATRICK NEIL

23  THOMPSON aka PATRICK THOMPSON individually and dba NEW BEGINNING FLOORS.

24  Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not

25  previously filed or dismissed any similar action against defendant.

26      It is further requested that the Court shall retain jurisdiction over this matter.

27

28  ///

                                                    1
                                **NOTICE OF VOLUNTARY DISMISSAL**
                                     **CASE NO.: C07-3356 MEJ**

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 17th day of July, 2008, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By:_____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter. The Clerk of Court shall close the file.

Date: July 22, 2008
_____
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 17, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Patrick Neil Thompson, aka Patrick Thompson,**
> **individually and dba New Beginning Floors**
> **655 Wildrose Way**
> **Brentwood, California 94513**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of July, 2008, at San Francisco, California.


_____/s/_____
Vanessa de Fábrega