Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs,
NORTHERN CALIFORNIA FLOOR
COVERING INDUSTY WELFARE FUND,
et al..

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA FLOOR COVERING WELFARE FUND, et al., | Case No.: C07-3356 MEJ |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| PATRICK NEIL THOMPSON aka PATRICK THOMPSON individually and dba NEW BEGINNING FLOORS, | |
| Defendant. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 22, 2008, I served the following document(s):

**ORDER on
NOTICE OF VOLUNTARY DISMISSAL**

///
///
///

1    on the interested parties in said action by placing a true and exact copy of each document in a

2    sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3    Francisco, California, addressed as follows:

4         **Patrick Neil Thompson, aka Patrick Thompson,**
          **individually and dba New Beginning Floors**
5         **655 Wildrose Way**
          **Brentwood, California 94513**
6

7         I declare under penalty of perjury that the foregoing is true and correct and that this

8    declaration was executed on this 22nd day of July, 2008, at San Francisco, California.

9

10                              _____/s/_____
11                                      Vanessa de Fábrega

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**CASE NO.: C07-3356 MEJ**